456 A.2d 1089

Commonwealth v. Dickerson, Appellant.

Argued December 7, 1981. Richard S. Packel, for appellant; Jean Marie Cella, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

456 A.2d 1090

Commonwealth v. Edney, Jr., Appellant.

Submitted September 8, 1982. Joseph H. O'Donnell, Jr., for appellant; Robert Levin, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, ROWLEY and MONTGOMERY, JJ.

Judgment of sentence is affirmed.